419 A.2d 200

Commonwealth v. Warner, Appellant.

Submitted March 23, 1979. Stephen H. Serota, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

419 A.2d 200

Commonwealth v. Whitfield, Appellant.

Submitted March 23, 1979. John W. Packel, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

SPAETH, J. concurs in the result reached by the majority on the basis of his separate opinion in *Commonwealth v. Goosby*, 251 Pa.Super. 326, 380 A.2d 802 (1977).